IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BARBARA JEAN ALLEN,

        Plaintiff,                      No.  03:12-cv-01544-ST

     v.

CAROLYN L. COLVIN,                    ORDER
Commissioner of Social Security,

        Defendant.

HERNANDEZ, District Judge:

      Magistrate Judge Stewart issued a Findings and Recommendation (#31) on October 16, 2013, in which she recommends that this Court reverse the Commissioner's decision and remand the case for an award of benefits. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 - ORDER

Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Stewart's Findings & Recommendation [31]. Accordingly, the Commissioner's decision that Allen is not disabled is reversed and remanded for an award of benefits.

IT IS SO ORDERED.

DATED this 12 day of Nov, 2013.

MARCO A. HERNANDEZ
United States District Judge

2 - ORDER