IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BARBARA JEAN ALLEN,

           Plaintiff,

COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,

           Defendant.

Civil Case No. 3:12-CV-01544-ST

ORDER AWARDING FEES
PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

Based upon the Stipulation of the parties, IT IS HEREBY ORDERED that attorney fees in the amount of $9,000.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, subject to any offsets allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). No costs or expenses are awarded.

It is further ORDERED that the balance of EAJA fees remaining after any Treasury offset shall be issued in a check payable to Plaintiff and mailed to Plaintiff's counsel at the following address: Phyllis Burke, 3800 NE Sandy Blvd., Ste. 226, Portland, OR 97232.

IT IS SO ORDERED this 5th day of Feb, 2014.

_____
United States District Court Magistrate Judge

ORDER